
FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH DIAZ, <br><br> Defendant. | Case No. 20-MJ-811 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On February 20, 2020, Defendant made her initial appearance in this district following her arrest on the petition for revocation of supervised release and warrant for arrest issued in the Southern District of California on October 17, 2019. Deputy Federal Public Defender ("DFPD") Kim Savo was appointed to represent Defendant. Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition: defendant is charged with failing to report to the U.S. Probation Office and failing to comply with drug testing requirements.
>
> ☒ no available sureties
>
> ☒ unverified background information

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)
>
> ☒ criminal history

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California forthwith.

Dated: February 20, 2020

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE